■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT MANFREDI, Appellant.—Judgment, Supreme Court, New York County, rendered on March 6, 1979, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Murphy, P. J., Fein, Markewich and Lupiano, JJ.